

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2017

No. 04-17-00363-CR

Eddie Lee **LITTLE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 515763
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

The State's second motion for extension of time to file its brief is granted. We order the State's brief due December 28, 2017.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2017.

KEITH E. HOTTLE,
Clerk of Court